**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Pentwater Equity Opportunities Master Fund Ltd, et al.

Plaintiff,

v.

Case No.: 1:15−cv−01885
Honorable Robert M. Dow Jr.

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

MINUTE entry before the Honorable Robert M. Dow, Jr: For the reasons stated in the Memorandum Opinion and Order, the Court concludes that Plaintiffs have failed to make a prima facie showing that the Court has general personal jurisdiction over Defendant and therefore are not entitled to conduct discovery on the limited issue of general personal jurisdiction. Because discovery into general personal jurisdiction would be futile, and the Court has already determined that it does not have specific personal jurisdiction, the Court dismisses Plaintiffs' complaint for lack of personal jurisdiction over Defendant. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.